# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Rogers, Yvonne G. | 2. Court or Organization<br><br>District Court for Northern District of California | 3. Date of Report<br><br>5/5/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

1301 Clay Street
Room 490C
Oakland, California 94612

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Yvonne G. | 5/5/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | McKinsey & Company - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute | Jan. 14-16, 2015 | Philadelphia, PA | Council Meeting | Transportation, Meals, Lodging |
| 2. | Princeton University | Jan. 29-31, 2015 | Princeton, New Jersey | Trustee Meeting | Transportation, Meals, Lodging |
| 3. | Princeton University | Feb. 20-22, 2015 | Princeton, New Jersey | Conference | Transportation, Meals, Lodging |
| 4. | Princeton University | March 26-29, 2015 | Princeton, New Jersey | Trustee Meeting | Transportation, Meals, Lodging |
| 5. | Princeton University | May 28-June 2, 2015 | Princeton, New Jersey | Trustee Meeting | Transportation, Meals, Lodging |
| 6. | Princeton University | September 24-26, 2015 | Princeton, New Jersey | Trustee Meeting | Transportation, Meals, Lodging |
| 7. | American Law Institute | October 14-17, 2015 | New York, New York. | Council Meeting | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rogers, Yvonne G.** | 5/5/2016 |

| 8. | Princeton University | November 19-21, 2015 | Princeton, New Jersey | Trustee Meeting | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Yvonne G. | 5/5/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | John D. Diekman | Plane transportation from New Jersey to California | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank, N.A. | McKinsey Partnership Shares Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Yvonne G. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Checking and Money Market Accounts | A | Int./Div. | L | T | | | | | |
| 2. Bank of America Checking | A | Int./Div. | K | T | | | | | |
| 3. Trust No. 1 | | | | | | | | | |
| 4. -Vanguard Total International Stock Index | E | Dividend | P1 | T | Buy (add'l) | 03/30/15 | N | | |
| 5. -Vanguard 500 Index Fund | E | Dividend | O | T | Buy (add'l) | 03/30/15 | L | | |
| 6. -Vanguard Extended Market Index | D | Dividend | O | T | Buy (add'l) | 03/30/15 | K | | |
| 7. | | | | | Sold (part) | 04/10/15 | L | | |
| 8. | | | | | Sold (part) | 04/14/15 | M | | |
| 9. - Vanguard Emerging Markets Index | D | Dividend | N | T | | | | | |
| 10. -Vanguard IRA: Inflation Protect Sec Adm | B | Dividend | M | T | | | | | |
| 11. -Vanguard: Total Bond Market Index (variable annuity) | | None | M | T | | | | | |
| 12. -Vanguard IRA: Total Bond Market Index | D | Dividend | M | T | Buy (add'l) | 09/03/15 | L | | |
| 13. -Vanguard 500 Index Fund (retirement) | A | Dividend | J | T | | | | | |
| 14. -Vanguard Precious Metals | C | Distribution | | | Sold | 04/10/15 | M | | |
| 15. -Vanguard 529 - Moderate Growth Port - Age-Based 20 | | None | M | T | Sold (part) | 07/26/15 | J | B | |
| 16. | | | | | Sold (part) | 12/23/15 | J | B | |
| 17. -Vanguard 529 - Aggressive Growth Port - Age-Based 17 | | None | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Yvonne G. | 5/5/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Vanguard 529 - Aggressive Growth - Port Age-Based 14 | | None | M | T | | | | | |
| 19. -Vanguard Money Market Account | A | Dividend | | | Sold | 04/10/15 | J | A | |
| 20. -Wells Fargo Money Market Account | A | Interest | P1 | T | | | | | |
| 21. -Rental Prop, San Antonio, TX (assessment 12/15: $113,400) | D | Rent | M | S | | | | | |
| 22. McKinsey & Company Special Situations Aggressive Long-Term | F | Dividend | P1 | T | Buy (add'l) | 01/31/15 | J | | |
| 23. | | | | | Buy (add'l) | 02/28/15 | J | | |
| 24. | | | | | Buy (add'l) | 05/31/15 | J | | |
| 25. | | | | | Buy (add'l) | 12/31/15 | K | | |
| 26. McK Spec Sit Ret | | None | P1 | T | | | | | |
| 27. McKinsey Partnership Shares | B | Dividend | N | U | Sold (part) | 07/01/15 | O | G | |
| 28. McKinsey Partnership Debt | D | Dividend | O | T | Buy | 07/01/15 | O | | |
| 29. | | | | | Buy (add'l) | 12/31/15 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Yvonne G. | 5/5/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, Yvonne G. | 5/5/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Yvonne G. Rogers**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544